Entered: October 30th, 2017
Signed: October 27th, 2017

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## Baltimore Division

| | |
|---|---|
| IN RE: | |
| GLENN DAVID SCHWEIGER | Case No. 17-19857 |
|    Debtor | Chapter 13 |
| MIDFIRST BANK. | |
|    Movant | |
| VS | |
| GLENN DAVID SCHWEIGER | |
|    Respondent | |

### ORDER GRANTING RELIEF FROM AUTOMATIC AS TO THE PROPERTY KNOWN AS 4421 SHAMROCK AVENUE, BALTIMORE, MD 21267

Upon consideration of the foregoing Motion for Relief from the Automatic Stay, and after hearing, for good cause having been shown, and for the reasons stated on the record, it is by the United States Bankruptcy Court for the District of Maryland

ORDERED, that the automatic stay imposed by 11 U.S.C. Section 362 (a), be and the same is hereby, terminated to enable MidFirst Bank., and/or its successors and

assigns, to proceed with ratification of the foreclosure sale against the property known as

4421 Shamrock Avenue, Baltimore, MD 21206 and allow the successful purchaser

thereof to obtain possession of same; and it is further


CC;  Richard J. Rogers, Esq.          Michael P. Coyle, Esq
     Cohn, Goldberg & Deutsch, LLC    6700 Alexander Bell Drive
     600 Baltimore Avenue, Suite 208  Suite 200
     Towson, MD 21204                 Columbia MD 21046

     Nancy Spencer Grigsby, Trustee
     185 Admiral Cochrane Dr.
     Suite 240
     Annapolis, MD 21401

**END OF ORDER**